IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> *v.* <br><br> **GEISINGER HEALTH, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 21-4294-KSM** |

## ORDER

**AND NOW**, this 27th day of March, 2025, upon consideration of Defendants' Motion to Dismiss (Doc. No. 57), Plaintiff's response in opposition (Doc. No. 59), the reply and sur-reply (Doc. Nos. 60–61), and following oral argument, it is **ORDERED** as follows:

1. For the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendants' motion (Doc. No. 57) is **GRANTED in part and DENIED in part**. Geisinger Clinic, Geisinger Health Plan, Geisinger Medical Center, and Geisinger Holy Spirit Hospital are **DISMISSED** without prejudice as Defendants. The remainder of Defendants' motion is **DENIED**.

2. The parties shall meet and confer regarding proposed pretrial deadlines and the appointment of a special discovery master and submit a joint report proposing deadlines for the completion of fact and expert discovery and motions for summary judgment, indicating whether the parties consent to the appointment of a special discovery master, and proposing names of a special discovery master **no later than April 1, 2025**.

3. Defendants shall answer the Amended Complaint **no later than April 11, 2025**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.